**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**BOBBY FRANKLIN MCREYNOLDS,
ADC #088361**                                                                                    **PLAINTIFF**

**V.**                         **CASE NO. 1:17-CV-00009 JLH/BD**

**LARRY MAY, et al.**                                                                        **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. McReynolds's conspiracy and false disciplinary claims against May, J. Yancey, D. Yancey, Dockins, Perry, Norris, Reynolds, Williams, Inmen, Kelly, John Doe, and Jane Doe are DISMISSED, without prejudice. The Clerk is instructed to terminate Defendants J. Yancey, D. Yancey, Dockins, Perry, Norris, Reynolds, Williams, Inmen, Kelly, and the Doe Defendants from the case.

IT IS SO ORDERED this 24th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE