IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOBBY FRANKLIN MCREYNOLDS, ADC #088361                               PLAINTIFF

v.                              NO. 1:17CV00009 JLH/BD

LARRY MAY                                                            DEFENDANT

### ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After a careful consideration of the Recommendation, McReynolds' timely objections, and upon a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant May's motion to dismiss (docket entry #10) is GRANTED. McReynolds' retaliation claim against May is DISMISSED with prejudice. The Court certifies that this dismissal shall constitute a "strike" for purposes of 28 U.S.C. § 1915(g) and that an *in forma pauperis* appeal of this dismissal would be frivolous.

IT IS SO ORDERED this 25th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE